FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Johnny Lee Crooker Doc#466172
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL
NO. 13- 648

SECTION SECT. B MAG. 1

versus

Louisiana Department of
Public Safety and Corrections.

_____

_____

_____

_____

Print the full name of all defendants in
this action.
**DO NOT WRITE et al.**

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )   No (✓)

TENDERED FOR FILING
APR -5 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

2

II. PLACE OF PRESENT CONFINEMENT: ST Tammany Parish Jail

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

    C. If your answer is "yes",

        1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

        2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? yes

    D. If your answer is NO, explain why you have not done so: _____

III. Parties

    (In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

    A. Full Name of Plaintiff (First - Middle - Last) Johnny Lee Crooker
       Prisoner Number 466172
       Address PO Box 908, Covington La 70434
       Date of Birth March 2nd 1972
       Date of Arrest May 31st 2012 at Slidell Jail
       Date of Conviction Sept 18 2012

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _Louisiana Department of Public Safety & Correction_ is employed as _____

_____ at _____

Address for service: _504 Mayflower, Baton Rouge, LA 70802_

C. Defendant _____ is employed as _____

_____ at _____

Address for service: _____

D. Defendant _____ is employed as _____

_____ at _____

Address for service: _____

E. Defendant _____ is employed as _____

_____ at _____

Address for service: _____

F. Defendant _____ is employed as _____

_____ at _____

Address for service: _____

G. Defendant _____ is employed as _____

_____ at _____

Address for service: _____

4

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I'm being denied participation in a transitional work program (work release) for bogus reasons. I feel I'm being discriminated against! D.O.C. is saying its because of my (out of State record) which is misdemeanors but at the same time work release centers are full of people with out of State FELONY records! According to DOC guidelines I'm eligible. Violent offenders are allowed too when their down to 6 months left on their sentence. But at least they get too, but even though I'm not and never have been a Violent offender I'm being denied indefinitely!

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want to be Approved for and sent to a work release center of which under DOC guidelines I'm eligible. Are paid Monetary damages and any and all court costs

5

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this  2nd  day of  April , 20 13 .

_____
(Signature of Plaintiff)
Doc 466172

04/2006

6

# ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: 10/18/2012          Bed and Dorm/Tier D-613

Last Name: Crocker          First Name: Johnny

## TYPE OF REQUEST (Check only one)

[✓] **General Request**          [ ] **Indigent Request for Writing Supplies**

[ ] **Request to see Public Defender**   [ ] **Commissary Balance**

**NOTE:**
FOR MEDICAL REQUEST USE A MEDICAL REQUEST FORM
FOR BOND OFFICE FEE REQUEST REVERSAL USE SHERIFF'S FEE REVERSAL FORM

## REASON FOR YOUR REQUEST          more on Back →

Lt. Jay Elliott: you sent me a letter on 10/18/2012 telling me I was denied work release for the reason of (a.i of state crim history) I don't have a out of state crim history!! LA ONLY!! Can you please tell me what to do to clear this up.

Thank you
Johnny

Inmate Signature: [signed]          Date: 10/18/2012
Deputy Signature: ___          Date: ___
Supervisor's Signature: ___          Date: ___

***ROUTING***

[ ] Property   [ ] DOC   [ ] Shift Lieutenant   [ ] Inmate Affairs   [ ] Commissary   [ ] Public Defender
[ ] Transport  [ ] Warden

Action Taken: Dept of Corrections

Signature of Person Taking Action: Lt Elliott          Date: 10/18/12

Log In Date: ___   By: ___ (Name)

Returned to Inmate by Deputy: ___ (Name)   Date: ___

*This is a grievance through the ARP*

# INMATE COMPLAINT FORM

Johnny Crocker / 168645 / D-6B
Inmate's Name / Booking Number / Housing Assignment

DATE OF INCIDENT: 10/18/2012
TIME OF INCIDENT: about 12:30pm "Mail call"
PLACE OF INCIDENT: St Tammany Parish Jail

Dear Warden Longino

## COMPLAINT

On 10/18/2012 I recieved a letter from Lt Jay Elliott on the subject of myself being denied by DOC for participation in a work release program (see attached letter) — In may I'm I writing a letter to Jay Elliott only on the letter she sent me from DOC.

Copying in rebuttal of the letter in question, I want to state for the record that the only out of state convictions I may have are for misdemeanors. The only felony convictions I have are all from right here in St Tammany Parish, and I've lived here my whole life!! So how can they deny me for a out of state misdemeanor when I know for a fact that over half the people in work release have major out of state felonies and have even done prison time in more then 2 or 3 states!!

Now with all this being said I know this is out of your hands, but at the same time I know you can help straighten this out some how with Doc, if not at lease put me in contact with someone, also if at all possible get a print out of all my convictions (in and out) of state, so I may have this for my records to prove to DOC that I'm not a multi-state offender!! and that I should be given a chance at work release!

Thank you for your time and for any and all help
Johnny

P.S.
I don't even know if this is the proper way to write this up?

10/24/2012 / [signature]
Date / Inmates' Signature

Ans'd CB/JD 10/24/2012 Your request was denied by department of corrections because of your out of state

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: HDQ-2012-2727

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: CROOKER, JOHNNY  466172                    St Tammany Parish Prison
Offender Name and Number                        Living Unit

Response to Request Dated .  Received in this Office on 11/07/2012·

We have considered your statements in this matter. A Corrections Specialist has closely reviewed your ARP to determine the validity of your claim, to assess this particular situation, and to issue a fair response.

There are many factors considered when reviewing and approving an offender for a work release program, and these factors must be met in accordance with Department Regulation B-02-001. In addition to statutory and technical eligibility and suitability, offenders must be eligible under the terms of this regulation. Furthermore, placement in a work release facility is a privilege and not a right. We find no further investigation warranted at this time.

Your request for relief is denied.     *Can you tell me about this*

_____12/05/12_____                  _____[signature]_____
           Date                          Secretary's Signature or His Designee

*I can't understand why people with very serious charges are allowed to go to work release but someone like myself can't even go there their last 6months*

*Can you please explain their reasoning to help me better understand.*

*You'll have to write La Dept of Public Safety for an answer*

*Thank you, Johnny*

D126

## ST. TAMMANY PARISH JAIL - REQUEST FORM

DATE: 2-5-13           Bed and Dorm/Tier D-126

Last Name: Crocker         First Name: Johnny

### TYPE OF REQUEST (Check only one)

☑ **General Request**         ☐ **Indigent Request for Writing Supplies**

☐ **Request to see Public Defender**    ☐ **Commissary Balance**

### NOTE:
*FOR MEDICAL REQUEST USE A MEDICAL REQUEST FORM*
*FOR BOND OFFICE FEE REQUEST REVERSAL USE SHERIFF'S FEE REVERSAL FORM*

### REASON FOR YOUR REQUEST

Dear Cpt Miller: I wrote you awhile back asking you why I couldnt go to work release and you told me to write to DOC, so I did! they sent me this letter with something about Reg: B-02-001 what is That?

Inmate Signature: /s/           Date: 2-5-13

Deputy Signature: _____       Date: _____

Supervisor's Signature: _____ Date: _____

***ROUTING***

☐ Property  ☐ DOC  ☐ Shift Lieutenant  ☐ Inmate Affairs  ☐ Commissary  ☐ Public Defender
☐ Transport  ☐ Warden

**Action Taken:** _____

**Signature of Person Taking Action:** _____      Date: _____

**Log In Date:** _____   **By:** _____
                              (Name)
**Returned to Inmate by Deputy:** _____        **Date:** _____
                              (Name)

# Jack Strain, Jr.
## Sheriff
Ex-Officio Tax Collector
## St. Tammany Parish

*Tim Lentz*
Chief Deputy



Date: 10-18-12

To: Johnny Crooker

RE: Transitional Work Program

Dear: Mr. Crooker Doc # 466172

Your recommendation for the transitional work program was submitted to the La. Department of Corrections. Your record has been reviewed for suitability for transitional work programs. While you are technically eligible, you are being denied by the Department of Corrections for the following reason (s).

Out of State Crim History

⟵

*This is misdemeanors That are years old and are not open*

Sincerely yours,

Lieutenant Joy Elliott
Classification Supervisor

P. O. Box 1120
Covington, Louisiana 70433
Phone: 1-985-809-8200
Fax: 1-985-809-8285

P. O. Box 1229
Slidell, Louisiana 70459
Phone: 1-985-726-8000
Fax: 1-985-726-7878

Dear ~~Capt Miller~~

I spoke with you the other day in the hallway about this and you said to write you so you could look into it once more for me.

They say I'm being denied work release for (out of state criminal history) But the only convictions I have out of state are for misdemeanors. The one I believe is losing me this problem is the one in Tennessee it reads like this (Possession of a Firearm with intent) but all it was is I had a loaded firearm in my rack while I was passing through the state (no crim intent) It was my gun in my name but no permit! Thats all!! I even got my gun back after it was cleared and the ones in mobile AL are for misdemeanor theft, could you please look into this for me please as I desperately need work release

I can't understand why they could deny me for this when people that have done prison time in other states for robbery and worst crimes get to go? I know work release is a privilege and not a right but how can I be denied ~~~~ forever but people with much much worst crims can do 6 months short? Thank you for your time

Johnny Crocker
D-126
Doc# 466172

You were denied by DOC Headquarters. Your second step grievance was denied by the DOC Secretary or designee. There is NOTHING I can do for you

Capt Miller
3/26/13

Johnny Lee Croaker D-126
PO Box 908
Covington LA
70434

Clerk of
United States District
Eastern District
500 Poydras St
New Orleans

NOT CENSORED
ST. TAMMANY PARISH JAIL